FILED    RECEIVED
ENTERED   SERVED ON
COUNSEL/PARTIES OF RECORD

AUG - 3 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
               Plaintiff(s), )
               )
v. )
               )
RHASHAN HUNTER, )
               Defendant(s). )
               )

Case No. 2:17-cr-00119-JCM-VCF

**ORDER**

(Docket No. 19)

       On June 8, 2017, Defendant filed a notice of assertion of right regarding shackling. Docket No. 18. The notice relates to the issuance of the *en banc* decision in *United States v. Sanchez-Gomez*, 859 F.3d 649 (9th Cir. 2017).[1] On June 13, 2017, the Government moved to strike that notice, arguing that it mischaracterizes the Ninth Circuit's decision. Docket No. 19. Defendant filed a response. Docket No. 22. The Government filed a reply. Docket No. 23. These filings are not tethered to any particular hearing, shackling request, or shackling determination. There is no live justiciable dispute before the Court.

       Accordingly, the motion to strike is **DENIED** without prejudice to the parties addressing the issues at an appropriate time if necessary.

       IT IS SO ORDERED

       Dated: August 3, 2017

_____
CAM FERENBACH
United States Magistrate Judge

---

[1] On June 16, 2017, the Ninth Circuit entered a 90-day stay of the issuance of the mandate.