RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BRIAN PUGH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brian_Pugh@fd.org

Attorney for Rhashan Hunter

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>RHASHAN HUNTER,<br><br>　　　　　　Defendant. | Case No. 2:17-cr-119-JCM-VCF<br><br>UNOPPOSED MOTION TO CONDUCT A PRE-PLEA PRE-SENTENCE INVESTIGATION REPORT AND PROPOSED ORDER |

The defendant, RHASHAN HUNTER, by and through his attorney of record, Brian Pugh, Assistant Federal Public Defender, files this Unopposed Motion to Conduct a Pre-Plea Pre-Sentence Investigation Report on Rhashan Hunter.

On June 20, 2017, Mr. Hunter was charged by indictment with Felon in Possession of a Firearm in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), and Possession of a Controlled Substance with Intent to Distribute in violation of 26 U.S.C. §§ 841(a)(1) (b)(1)(C), and one count of. ECF No. 1.

The parties are attempting to negotiate this case. The parties believe that they may be able to resolve this case short of trial. The parties are uncertain regarding the implications of Mr. Hunter's criminal history on his potential sentencing guideline calculation. Mr. Hunter's

criminal history calculation and his sentencing guideline range will necessarily affect the outcome and disposition of the case and/or potential negotiations. The parties are unable to definitively determine Mr. Hunter's sentencing guideline range without knowing his entire criminal history and therefore a pre-plea pre-sentence investigation report is requested.

To satisfy Mr. Hunter's concerns and to assure that he has the information he needs to make a truly knowing and intelligent decision, as whether to accept or reject a plea offer, he has requested that a pre-plea pre-sentence investigation report be completed. Undersigned counsel has spoken with the assigned AUSA and he does not oppose this motion. Trial in this matter is set for November 13, 2017.

For the reasons stated above, the parties respectfully request that a pre-plea pre-sentence investigation report be conducted in this matter.

DATED this 8th day of August 2017.

RENE L. VALLADARES
Federal Public Defender

By: */s/ Brian Pugh*

BRIAN PUGH
Assistant Federal Public Defender

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RHASHAN HUNTER,<br><br>Defendant. | Case No.: 2:17-cr-119-JCM-VCF<br><br>**ORDER** |

The reasons being sound, the parties being in agreement and the best interests of justice and judicial economy being served:

IT IS HEREBY ORDERED that the Probation Department prepare a pre-plea presentence investigation report for RHASHAN HUNTER.

DATED this 16th day of August 2017.

_____
UNITED STATES MAGISTRATE JUDGE