# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>RHASHAN HUNTER,<br><br>        Defendant. | 2:17-cr-00119-JCM-VCF<br>**ORDER** |

Before the Court is the Motion to Appoint New Counsel (ECF No. 32).

IT IS HEREBY ORDERED that a hearing on the Motion to Appoint New Counsel (ECF No. 32) is scheduled for 2:00 PM, November 14, 2017, in Courtroom 3D.

The U.S. Marshal is directed to transport defendant to and from the scheduled hearing.

DATED this 8th day of November, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE