**United States District Court**
Central District of California
**Office of the Clerk**

**Brian D. Karth**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Natasha Alexander-Mingo**
Chief Probation & Pretrial Services Officer
255 East Temple Street, Suite 1410
Los Angeles, CA 90012-1565

**Benjamin Medina**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Maya Roy**
Chief Deputy of Operations
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

September 28, 2026

✓ FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD
OCT 02 2026
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: ___ DEPUTY

Clerk, United States District Court

____________ District of Nevada

Nevada District Court
333 Las Vegas Blvd, South, 1st FL.
Las Vegas, NV 89101-7065

Re: Transfer of Jurisdiction of Probation

Your Case No. 2:17-CR00119

Assigned Our Case No. 5:26-cr-00181-JGB

Case Title: USA v. Rhashan Hunter

Dear Sir/Madam:

Enclosed please find:

☒ the original Probation Form 22, Transfer of Jurisdiction, of the above-named probationer to this district as accepted by Judge Dolly M. Gee.

Please forward to this district copies of the following documents:

1) Indictment, Information, or Complaint
2) Judgment and Probationary Order
3) If a Class A Misdemeanor, a copy of a signed Consent to proceed before a magistrate judge, and/or document reflecting such consent, or waiver form.

The probationer has been assigned our case number as referenced above. Please include this case number in all future correspondence.

☐ the original Probation Form 22, Transfer of Jurisdiction, of the above-named probationer, which has been denied by Judge __________________________.

Sincerely,

Clerk, U.S. District Court

By T. DeBose
Deputy Clerk

cc: Probation Office, Central District of California
Probation Office, District of Origin

PROB 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER *(Tran. Court)* | 2:17CR00119 |
| DOCKET NUMBER *(Rec. Court)* | 5:26-cr-00181-JGB |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Rhashan Hunter<br>Riverside, CA | Nevada | U.S. Probation Office |

FILED
CLERK, U.S. DISTRICT COURT
09/24/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: AP DEPUTY

NAME OF SENTENCING JUDGE
James C. Mahan

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 6/11/2026 | 6/10/2029 |

OFFENSE
18 U.S.C. § 922(g)(1), 18 U.S.C. § 924(a)(2) – Felon in Possession of a Firearm
21 U.S.C. § 841(a)(1), 21 U.S.C. § 841(b)(1)(C) – Possession of a Controlled Substance with Intent to Distribute - Methamphetamine

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Mr. Hunter resides with and maintains family ties in the Central District of California.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ____________ DISTRICT OF Nevada

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Central District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

September 9, 2026
*Date*

[signature]
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ____________ DISTRICT OF ____________

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

September 23, 2026
*Effective Date*

Dolly M. Gee
*Chief United States District Judge*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

OFFICIAL BUSINESS

Disctrict Court of Nevada
333 Las Vegas Boulevard South, 1st Fl
Las Vegas, NV 89101-7065

Los Angeles PM&DC 90052 WED 30 SEP 2026 PM

___ FILED ___ ENTERED
___ RECEIVED ___ SERVED ON
COUNSEL/PARTIES OF RECORD
OCT 02 2026
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: ___ DEPUTY

XRAYED US MARSHALS SERVICE

09/30/2026 ZIP 90012
043M31268156
US